MARTHA MINNA ROSKOSZ v. THEODORE ROSKOSZ.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SALTER.

December 9, 1980.

Petition for certification denied.

DAVID LENHER v. JOHNS–MANVILLE CORP.

December 9, 1980.

Leave to appeal is granted, and the order of the Superior Court, Law Division is summarily reversed and the matter is remanded to the trial court to permit the filing of the amendment to the answer to the supplemental interrogatories, contained in the letter of July 24, 1980; and it is further

ORDERED that the trial court set an appropriate schedule for such additional discovery as may be required. Jurisdiction is not retained.

MORRIS COUNTY FAIR HOUSING COUNCIL v.
BOONTON TOWNSHIP.

December 9, 1980.

Certification of applications for a stay is granted and all proceedings before the Superior Court, Law Division are stayed pending further order of the Supreme Court.